NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1053

BASELOAD ENERGY, INC.,

Plaintiff-Appellant,

v.

BRYAN W. ROBERTS,

Defendant-Appellee.

Appeal from the United States District Court for the District of Columbia in case no. 08-CV-1838, Judge Paul L. Friedman.

ON MOTION

ORDER

Bryan W. Roberts submits a motion for sanctions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is deferred for consideration by the merits panel assigned to hear the case. A copy of this order, the motion, and any response or reply shall be transmitted to the merits panel assigned to hear this case.

(2)    Roberts is directed to file three additional copies of the motion, within 14 days of the date of filing of this order, for transmission to the merits panel.

FOR THE COURT

MAR 25 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    John M. Weyrauch, Esq.
       William T. Bisset, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 25 2010

JAN HORBALY
CLERK